

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00527-CV

**STAGG RESTAURANTS, LLC** d/b/a McDonalds #24388,
Appellant

v.

Fred **SERRA**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-17438
Honorable John D. Gabriel, Jr., Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. We ORDER that appellee is awarded the costs he incurred related to this appeal.

SIGNED February 13, 2019.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice